DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KEITH LAMONT JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-00015-MCE | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v.  ) | CONTINUING STATUS CONFERENCE | |
| ) | AND EXCLUDING TIME | |
| KEITH LAMONT JENKINS, ) | | |
| ) | DATE: April 10, 2007 | |
| Defendant. ) | TIME: 8:30 a.m. | |
| ) | JUDGE: Morrison C. England, Jr. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BENDER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 3, 2007 be vacated, and a new Status Conference date of April 10, 2007 at 8:30 a.m. be set.

This continuance is requested because defense counsel will be out of the district on the previously scheduled date.

It is further stipulated and agreed between the parties that the period beginning April 3, 2007 through and including April 10, 2007 should be excluded in computing the time within which the trial of the

1  above criminal prosecution must commence for purposes of the Speedy
2  Trial Act for defense preparation.  All parties stipulate and agree
3  that this is an appropriate exclusion of time within the meaning of
4  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
5  and that the ends of justice to be served by a continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.
7  Dated: March 26, 2007

                                                 Respectfully submitted,

                                                 DANIEL J. BRODERICK
                                                 Federal Defender

                                               /s/ Linda Harter
                                               LINDA HARTER
                                               Chief Assistant Federal Defender
                                               Attorney for Defendant
                                               KEITH LAMONT JENKINS

Dated: March 26, 2007

                                               MCGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ Linda Harter for
                                               RICHARD BENDER
                                               Assistant U.S. Attorney

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. IT IS SO ORDERED.

 Dated: March 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE