FILED
April 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )    Case No. Cr S-07-0015 MCE
       Plaintiff,           )
v.                          )    ORDER FOR RELEASE OF
                            )    PERSON IN CUSTODY
KEITH LAMONT JENKINS,       )
                            )
       Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Keith Lamont Jenkins, Case No. Cr S- 07-0015 MCE, Charge Title 18 USC § 922 (g)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   X   Release on Personal Recognizance

   __  Bail Posted in the Sum of $_____

       __  Unsecured Appearance Bond

       __  Appearance Bond with 10% Deposit

       __  Appearance Bond with Surety

       __  Corporate Surety Bail Bond

   X   (Other)  Pretrial Services Supervision with Conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 20, 2007 at 2:40 pm.

                              By _____
                                 Dale A. Drozd
                                 United States Magistrate Judge

Original - U.S. Marshal