1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )   CASE NO. 2:07-cr-0015 MCE
                                    )
10          Plaintiff,               )
                                    )
11      v.                           )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS CONFERENCE**
12  KEITH LAMONT JENKINS             )
                                    )
13          Defendant.               )
                                    )
14

15      The United States and defendant Keith Lamont Jenkins, through their respective attorneys,

16  hereby agree that the status conference scheduled for May 3, 2007, be continued to June 7, 2007, at

17  9:00 a.m.  The reason for requested continuance is that the defense have identified a witness whom, if

18  believed, exonerates the defendant of the charged crime.  The government has interviewed the

19  witness and is attempting to conduct some tests which, if they corroborate the witness' statements,

20  likely result in the charges being dismissed upon the government's motion.  It will take at lest four

21  weeks for the tests to be conducted.  Thus, the need for the continuance.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

                                            1

It is also requested that the time between May 3, 2007 and June 7, 2007, be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (time reasonably necessary for effective preparation, taking into account the exercise of due diligence).

Dated: May 1, 2007

                                            McGREGOR W. SCOTT
                                            U.S. Attorney

                                  by    /s/ Richard J. Bender
                                          RICHARD J. BENDER
                                          Assistant U.S. Attorney

Dated: May 1, 2007

                                         /s/ Linda Harter
                                          LINDA HARTER
                                     Attorney for Keith Lamont Jenkins

IT IS SO ORDERED.

Dated:  May 3, 2007

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE