```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KEITH LAMONT JENKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0015 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING EVIDENTIARY HEARING |
| | ) | AND EXCLUDING TIME |
| KEITH LAMONT JENKINS, | ) | |
| | ) | DATE: December 20, 2007 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BENDER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Evidentiary Hearing date of November 29, 2007 be rescheduled for December 20, 2007 at 9:00 a.m. Briefs shall be submitted to the court on or before December 13, 2007.

This continuance is requested because defense counsel has been out ill and needs more time to prepare.

It is further stipulated and agreed between the parties that the period beginning November 29, 2007 through and including December 20,

1  2007 should be excluded in computing the time within which the trial of
2  the above criminal prosecution must commence for purposes of the Speedy
3  Trial Act for defense preparation.  All parties stipulate and agree
4  that this is an appropriate exclusion of time within the meaning of
5  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
6  and that the ends of justice to be served by a continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.
8  Dated: November 26, 2007
9                                          Respectfully submitted,
10                                         DANIEL J. BRODERICK
                                           Federal Defender
11
12                                         /s/ Linda Harter
                                           LINDA HARTER
13                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
14                                         KEITH LAMONT JENKINS
15 Dated: November 26, 2007
                                           MCGREGOR W. SCOTT
16                                         United States Attorney
17
                                           /s/ Linda Harter for
18                                         RICHARD BENDER
                                           Assistant U.S. Attorney
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                 2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.
IT IS SO ORDERED.

 Dated: November 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                                3