McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-cr-00015-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **EXCLUDING TIME UNDER SPEEDY** |
| ) | **TRIAL ACT** |
| KEITH LAMONT JENKINS ) | |
| Defendant. ) | |

At the end of the hearing on the defendant's motion to exclude the gunshot residue evidence held in open court on December 20, 2007, the Court, on oral motion of defense counsel, continued the trial date from January 22, 2008, to March 24, 2008.  Unfortunately, counsel failed to address with the Court the exclusion of time under the Speedy Trial Act until the new trial date.  Counsel have conferred telephonically and both have agreed that time should be excluded between December 20, 2007, until the new trial date of March 24, 2008.  Therefore the parties request that the Court find that the time between December 20, 2007, and March 24, 2008, be excluded from calculation of Speedy Trial Act time, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code t(4), to allow defense counsel adequate time to prepare for trial.  Additionally, the parties request that the Court find that such an exclusion of time is in the best interests of justice and outweighs the interest of the defendant and the public in a speedy trial.

//

//

STIPULATION AND ORDER EXCLUDING
TIME UNDER SPEEDY TRIAL ACT

    Counsel for the government certifies that he has spoken to defense counsel, Asst. Federal Defender Linda Harter, and she has given government counsel authorization to submit this application on her behalf.

Dated: December 20, 2007

                                    McGREGOR W. SCOTT
                                    U.S. Attorney

                          by    /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant U.S. Attorney

Dated: December 20, 3007

                              /s/Richard J. Bender for
                              LINDA C. HARTER
                              Attorney for Defendant
                              Keith Lamont Jenkins

                                **ORDER**

Dated: December 21, 2007

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE